AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

FILED
'S OFFICE

Charter Communications Entertainment I, LLC d/b/a
Charter Communications

**SUMMONS IN A CIVIL CASE**

2004 JUN 16 P 1:23

V.

Tom Burdulis

CASE NUMBER: U.S. DISTRICT COURT
DISTRICT OF MASS.

## 04-40098-NMG

TO: (Name and address of defendant)

Tom Burdulis
11 Miami Street
Worcester, MA 01605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Brown, Esquire
Murtha Cullina LLP
20th Floor
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                                         6-2-04
CLERK                                                    DATE

_Sherry Jones_
(BY) DEPUTY CLERK

# RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

06/14/2004

I hereby certify and return that on 06/11/2004 at 03:17pm I served a true and attested copy of the Summons in a Civil Case and Complaint, Civil Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of TOM BURDULIS at 11 MIAMI ST, WORCESTER, MA and by mailing first class mail to the above address on 06/14/2004. Fees: Service 20.00, Travel 19.20, Conveyance 2.00, Attest 10.00 & Postage and Handling 3.00 Total Fees: $54.20

Deputy Sheriff David G Westerman

*Deputy Sheriff*

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
  Date                                    Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.