**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Charter Communications**
**Entertainment I, LLC**
**d/b/a Charter Communications,**
                **Plaintiff,**

                                                    **CIVIL ACTION**
                                                    **NO.04- 40098-FDS**

                **V.**

**Thomas Burdulis,**
                **Defendant,**

## NOTICE OF DEFAULT

   Upon application of the Plaintiff, Charter Communications Entertainment I, LLC

for an order of default for failure of  the Defendant, Thomas Burdulis, to plead

or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil

Procedure, notice is hereby given that the defendant has been defaulted this

26th day of August  2004.

                                                    **TONY ANASTAS, CLERK**

                                        **By:  /s/ Martin Castles**
                                        **Deputy Clerk**

**Notice mailed to: all counsel/parties**
**(default.not - 10/96)**                                                    **[ntcdflt.]**