UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS A/K/A TOM BURDULIS, <br><br> Defendant. | CIVIL ACTION <br> NO. 04-40098-FDS |

PROPOSED DEFAULT JUDGMENT

Defendant, Thomas a/k/a Tom Burdulis, having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes the plaintiff the sum of $20,000 that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs and attorneys' fees in the sum of **$3,081.45**.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Thomas a/k/a Tom Burdulis the principal amount of $20,000, with costs in the amount of **$3,081.45** for a total judgment of **$23,081.45** with interest as provided by law.

By the Court,

Dated:_____                    Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Proposed Default Judgment was mailed first-class, postage prepaid, on September 27, 2004, to:

Thomas a/k/a Tom Burdulis
11 Miami Street
Worcester, MA 01605

Christopher L. Brown

284931-1-