## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS | ] | |
| ENTERTAINMENT I, LLC d/b/a | ] | |
| CHARTER COMMUNICATIONS, | ] | |
| | ] | CIVIL ACTION |
| | ] | NO.  04-40098-FDS |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | |
| | ] | |
| THOMAS a/k/a TOM BURDULIS, | ] | |
| | ] | |
| Defendant. | ] | FEBRUARY 9, 2005 |

<u>NOTICE OF APPEARANCE</u>

Please enter my appearance as co-counsel, with Attorneys Cohen and Brown, on

behalf of the Plaintiff, Charter Communications Entertainment I, LLC d/b/a Charter

Communications in this action.


CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS,

By its Attorneys,

/s/ Robert J. Munnelly, Jr.
Robert J. Munnelly, Jr., BBO#555202
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
(617) 457-4000

Dated:  February 9, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the
above document was served upon the attorney of
record for each party by mail.

DATE: February 9, 2005  /s/ Robert J. Munnelly, Jr.

296172