UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ) <br> ENTERTAINMENT I, LLC d/b/a ) <br> CHARTER COMMUNICATIONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THOMAS a/k/a TOM BURDULIS, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL ACTION NO. 04-40098-FDS |

## **JUDGMENT**

WHEREAS on March 22, 2005, this Court issued an Amended Memorandum and Order on Plaintiff's Motion for Default Judgment ("Amended Memorandum and Order"), it is hereby ordered and adjudged that:

1. Judgment of Default shall enter for Plaintiff for the reasons set forth in the Amended Memorandum and Order dated March 22, 2005.

2. Plaintiff is awarded $6,177.28 in damages and $3,081.45 in costs and reasonable attorneys' fees with interest as provided by law.

3. Defendant Thomas a/k/a Tom Burdulis, and any person in active concert or participation with him, is hereby permanently enjoined from intercepting or receiving unauthorized cable television services, by any manner or

302283-1

method, including the use or modification of electronic equipment designed for the unauthorized interception of cable television services.

**So Ordered.**

*[signature]*

F. Dennis Saylor IV
United States District Judge

Dated: April 27, 2005