UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS,

        Plaintiff,

v.

THOMAS (A/K/A TOM) BURDULIS,

        Defendant.

CIVIL ACTION
CASE NO. 04-40098-FDS

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Charter Communications Entertainment I, LLC, in the above-named case hereby appeals to the United States Court of Appeals for the First Circuit from the Amended Memorandum and Order on Plaintiff's Motion for Default Judgment dated March 22, 2005 that (1) denied relief available to Plaintiff pursuant to 47 U.S.C. § 605, and (2) limited damages available to Plaintiff pursuant to 47 U.S.C. § 553, and which rulings were entered as paragraphs 1 and 2 of the final Judgment in this action on the 27th day of April, 2005.

Respectfully submitted this 2nd day of May, 2005.

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS,

By: /s/ Robert J. Munnelly, Jr.
     Burton B. Cohen, BBO#656190
     Robert J. Munnelly, Jr., BBO#555202
     Murtha Cullina LLP
     99 High Street, 20th Floor
     Boston, MA 02110
     (617) 457-4000
     Its Attorneys

302106

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished by United States Mail this 2nd day of May, 2005, to:

Mr. Thomas (a/k/a Tom) Burdulis
11 Miami Street
Worcester, MA 01605

/s/ Robert J. Munnelly, Jr.
Robert J. Munnelly, Jr.

.

302106