UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-40098

Chapter Communications Entertainment I, LLC., et al

v.

Thomas Burdulis

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/2/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 4, 2005.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/4/05.

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Worcester)
### CIVIL DOCKET FOR CASE #: 4:04-cv-40098-FDS

Charter Communications Entertainment I, LLC v. Burdulis
Assigned to: Judge F. Dennis Saylor, IV
Cause: 47:553 Cable Communications Policy Act

Date Filed: 06/02/2004
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Charter Communications Entertainment I, LLC**
*doing business as*
Charter Communications

represented by **Burton B. Cohen**
Murtha Cullina LLP
99 High Street
Boston, MA 02130
617-457-4000
Fax: 617-482-3868
Email: bcohen@murthalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher L. Brown**
Murtha Cullina Roche Carens & DeGiacomo, LLP
99 High Street
Boston, MA 02110
617-457-4000
Fax: 617-482-3868
Email: cbrown@murthalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Munnelly, Jr.**
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000
Fax: 617-482-3868
Email: rmunnelly@murthalaw.com

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Thomas Burdulis**  represented by **Thomas Burdulis**
*also known as*  11 Miami Street
Tom Burdulis  Worcester, MA 01605
  PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 06/02/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 404335, filed by Charter Communications Entertainment I, LLC.(Jones, Sherry) (Entered: 06/02/2004) |
| 06/02/2004 |  | Summons Issued as to Thomas. (Jones, Sherry) (Entered: 06/02/2004) |
| 06/16/2004 | 2 | SUMMONS Returned Executed Thomas served on 6/11/2004, answer due 7/1/2004. (Hassett, Kathy) (Entered: 06/16/2004) |
| 06/18/2004 | 3 | Notice of Reassignment. Case reassigned from Judge Gorton to Judge F. Dennis Saylor, IV upon appointment to the bench. Notice sent to counsel. (Shattuck, Deborah) (Entered: 06/21/2004) |
| 07/27/2004 | 4 | MOTION for Entry of Default by Charter Communications Entertainment I, LLC, c/s.(Hassett, Kathy) (Entered: 07/27/2004) |
| 08/26/2004 |  | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 4 Motion for Entry of Default. (cc/cl) (Castles, Martin) (Entered: 08/26/2004) |
| 08/26/2004 | 5 | NOTICE: Clerk's ENTRY OF DEFAULT as to Thomas Burdulis. (cc/cl) (Castles, Martin) (Entered: 08/26/2004) |
| 08/26/2004 | 6 | Judge F. Dennis Saylor IV: ORDER entered STANDING ORDER on motions for default judgment. (cc/cl) (Castles, Martin) (Entered: 08/26/2004) |
| 09/28/2004 | 7 | MOTION for Default Judgment as to Thomas A/K/A Tom Burdulis by Charter Communications Entertainment I, LLC, c/s. (Attachments: # 1 Exhibits # 2 Proposed Default Judgment)(Hassett, Kathy) (Entered: 09/28/2004) |

| | | |
|---|---|---|
| 01/11/2005 | 8 | Judge F. Dennis Saylor IV: Electronic ORDER entered. MEMORANDUM AND ORDER.(Castles, Martin) (Entered: 01/11/2005) |
| 01/25/2005 | 9 | MOTION for Reconsideration re 8 Memorandum & ORDER by Charter Communications Entertainment I, LLC, c/s. (Hassett, Kathy) (Entered: 01/25/2005) |
| 01/25/2005 | 10 | MEMORANDUM in Support re 9 MOTION for Reconsideration re 8 Memorandum & ORDER filed by Charter Communications Entertainment I, LLC. (Attachments: # 1 Exhibit)(Hassett, Kathy) (Entered: 01/25/2005) |
| 01/28/2005 | | Set Deadlines as to 9 MOTION for Reconsideration re 8 Memorandum & ORDER. Motion Hearing set for Monday 2/14/2005 at 11:00AM in Courtroom 2 before Judge F. Dennis Saylor IV. (Castles, Martin) (Entered: 01/28/2005) |
| 02/01/2005 | 11 | SWORN SUPPLEMENTAL STATEMENT IN Support re 7 MOTION for Default Judgment and Request for Attorneys' Fees as to Thomas A/K/A Tom Burdulis filed by Charter Communications Entertainment I, LLC, c/s. (Hassett, Kathy) (Entered: 02/01/2005) |
| 02/01/2005 | 12 | MOTION to Continue motion hearing to February 17, 2005 by Charter Communications Entertainment I, LLC, c/s.(Jones, Sherry) (Entered: 02/01/2005) |
| 02/01/2005 | | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 12 Motion to Continue hearing. (Castles, Martin) (Entered: 02/01/2005) |
| 02/01/2005 | | Reset Deadlines as to 9 MOTION for Reconsideration re 8 Memorandum & ORDER. Motion Hearing reset for 2/17/2005 11:00 AM in Courtroom 2 before Judge F. Dennis Saylor IV. (Castles, Martin) (Entered: 02/01/2005) |
| 02/09/2005 | 13 | NOTICE of Appearance by Robert J. Munnelly, Jr on behalf of Charter Communications Entertainment I, LLC (Munnelly, Robert) (Entered: 02/09/2005) |
| 02/17/2005 | | Electronic Clerk's Notes for proceedings held before Judge F. Dennis Saylor IV: Motion Hearing held on 2/17/2005 re 7 MOTION for Default Judgment as to Thomas A/K/A Tom Burdulis filed by Charter Communications Entertainment I, LLC,, 9 MOTION for Reconsideration re 8 Memorandum & ORDER filed by Charter Communications Entertainment I, |

| | | |
|---|---|---|
| | | LLC, Case called, Counsel for plaintiff only appears, Court hears arguments of counsel, Motions taken under advisement. (Court Reporter Kusa-Ryll.) (Castles, Martin) (Entered: 02/17/2005) |
| 03/03/2005 | 14 | Letter (non-motion) from Burton B. Cohen. (Jones, Sherry) (Entered: 03/03/2005) |
| 03/22/2005 | 15 | Judge F. Dennis Saylor IV: Electronic AMENDED MEMORANDUM AND ORDER entered granting 7 Motion for Default Judgment, denying 9 Motion for Reconsideration. (Castles, Martin) (Entered: 03/22/2005) |
| 04/27/2005 | 16 | Judge F. Dennis Saylor IV: ORDER entered. DEFAULT JUDGMENT in favor of Plaintiff (Hassett, Kathy) (Entered: 04/28/2005) |
| 05/02/2005 | 17 | NOTICE OF APPEAL by Charter Communications Entertainment I, LLC. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/23/2005. (Munnelly, Robert) Additional attachment(s) added on 5/2/2005 (Hassett, Kathy). (Entered: 05/02/2005) |