# United States Court of Appeals
## For the First Circuit

Nos. 05-1653
05-1726

CHARTER COMMUNICATIONS ENTERTAINMENT I, DST
D/B/A CHARTER COMMUNICATIONS,

Plaintiff, Appellant,



v.

THOMAS (A/K/A TOM) BURDULIS and
MIGUEL (A/K/A MIKE) SÁNCHEZ,

Defendants, Appellees.

**JUDGMENT**

Entered: August 25, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_George Kate_
Deputy Clerk
Date: 9/15/06

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Munnelly, Mr. Cohen, Mr. Burdulis, Ms. Kowal & Mr. Brennan.]